UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff
               v.              Criminal No. 03-78(SEC)
LUZ GONZALEZ-CARDONA
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 93**<br>**Request for Early Termination of Supervised Release Term** | **GRANTED**. Defendant Luz González-Cardona has filed a motion requesting early termination of her supervised release (Docket # 93). Defendant González-Cardona's U.S. Probation Officer, Mr. Miguel Arroyo, has not opposed said motion and has expressed no objection to Defendant's petition. Therefore, since Defendant González-Cardona has complied with her conditions of probation, the Court hereby **GRANTS** her the benefit of early termination of her probation term. |

DATE:  November 18, 2005

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge